

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2019

Nos. 04-19-00276-CR, 04-19-00277-CR,
04-19-00278-CR & 04-19-00279-CR

Christopher **DAVILA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th District Court, Bexar County, Texas
Trial Court Nos. 2019CR3859, 2019CR3712, 2019CR3713 & 2019CR3860
Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

Appellant's brief was due to be filed by June 3, 2019. On June 21, 2019, appellant filed a motion for extension of time, requesting an extension of at least thirty days. We GRANT appellant's motion. Appellant's brief is due on or before July 22, 2019. No further extensions of time will be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court